**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FIFTH DIVISION**

---

Elliott Bayly, Court File No.Civ. 01-1525 DDA/RLE

Plaintiff,

-vs-

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**

Southwest Windpower, Inc.

Defendant.

---

TO: Clerk of the Court, 417 Federal Building, 515 West First Street, Duluth, Minnesota 55802:

**IT IS STIPULATED** by the parties, through their undersigned attorneys, that the time within which Defendant shall answer or otherwise respond to Plaintiffs' Amended Complaint be extended to September 4, 2001.

FILED AUG 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: August 25, 2001

THOMAS E. PROPSON
KRISTINE M. BOYLAN
*MEAGHER & GEER, P.L.L.P.*
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-0661

**Attorneys for Defendant**

Dated: Aug. 28, 2001

JONATHAN C. MIESEN
*LINDQUIST & VENNUM P.L.L.P.*
4200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2205
Telephone: (612) 371-3211

**Attorneys for Plaintiff**

**IT IS HEREBY ORDERED:**

Based on the stipulation of the parties, the time for answering or otherwise responding to the complaint is extended until September 4th, 2001.

Dated: AUG 30 2001

HON. RAYMOND L. ERICKSON
United States Magistrate Judge

/907623.1