**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FIFTH DIVISION**

---

Elliott Bayly,

Plaintiff,

-vs-

Southwest Windpower, Inc.

Defendant.

Court File No.Civ. 01-1525 DDA/RLE

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**

---

TO: Clerk of the Court, 417 Federal Building, 515 West First Street, Duluth, Minnesota 55802:

**IT IS STIPULATED** by the parties, through their undersigned attorneys, that the time within which Defendant shall answer or otherwise respond to Plaintiffs' Amended Complaint be extended to September 11, 2001.

3

FILED SEP 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: September 4, 2001

**THOMAS E. PROPSON**
**KRISTINE M. BOYLAN**
***MEAGHER & GEER, P.L.L.P.***
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-0661

**Attorneys for Defendant**

Dated: September 4. 2001

**JONATHAN C. MIESEN**
*LINDQUIST & VENNUM P.L.L.P.*
4200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2205
Telephone: (612) 371-3211

**Attorneys for Plaintiff**

**IT IS HEREBY ORDERED:**

Based on the stipulation of the parties, the time for answering or otherwise responding to the complaint is extended until September 11th, 2001.

Dated: 9/10/01

**HON. RAYMOND L. ERICKSON**
United States Magistrate Judge

/907623.1

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500