UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Elliott Bayly,

Plaintiff,

vs. ORDER

Southwest Windpower, Inc.,

Defendant. Civ. No. 01-1525 (DDA/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 23rd day of January 2002.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the parties' stipulation to allow the Plaintiff leave to file an Amended Complaint so as to state three additional claims, including a claim against the two principal shareholders of the Defendant, who would be added as named Defendants. Having found cause to grant the Plaintiff leave to file an Amended Complaint, we grant the same.[1]

---

[1]The parties make no request to amend the Scheduling Order already in place, and the Plaintiff represents that no discovery beyond Rule 26(a) disclosures, has taken place. Given the ownership nexus, between the Defendant Southwest Windpower, Inc., and David G. Calley and Andrew Kruse, who will be joined as named-Defendants

JAN 23 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

NOW, THEREFORE, It is --

ORDERED:

1. That, pursuant the parties' stipulated agreement, the Plaintiff's Motion for leave to serve and file a Second Amended Complaint, in the form, and with the content, of that filed with the Plaintiff's Motion papers [Docket No. 13], is GRANTED, and that the Plaintiff's Motion for Leave to Bring Motion to Amend after Pretrial Deadline [Docket No. 14] is GRANTED, for good cause shown.

2. That the Plaintiff shall, forthwith, file and serve his Second Amended Complaint upon the Defendants, and the Defendants shall timely answer, or otherwise respond to that Complaint, in accordance with the applicable Rules of Federal Civil Procedure.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

---

in the Amended Complaint, we do not anticipate any need to revise our prior Scheduling Order in this matter, and the parties make no such request. Accordingly, for good cause shown, we grant the Plaintiff's Motion for Leave to Bring a Motion to Amend after the Pretrial Deadline.