UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

Elliott J. Bayly,

Plaintiff and Counterclaim Defendant,

v.

Southwest Windpower, Inc., David G. Calley and Andrew Kruse,

Defendants and Counterclaim Plaintiffs.

Case No.: CV 01-1525 DAA/RLE

**STIPULATION OF CONFIDENTIALITY AND PROTECTIVE ORDER**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties to the above-captioned action and, upon approval of the Court, it is so ORDERED by the Court that:

**A. AGREEMENT**

1. The undersigned parties agree that this Stipulation of Confidentiality and Protective Order shall govern the production, use and disclosure of information and documents produced or disclosed by the parties in connection with this action and designated in accordance with this Order.

2. For the purposes of this Stipulation of Confidentiality and Protective Order, the term "documents" shall be defined in accordance with Rule 34 of the Federal Rules of Civil Procedure.

**B. USE AND DISCLOSURE OF THE DOCUMENTS**

1. All Documents (and any data and/or information contained therein) shall remain confidential and shall be used solely for the purpose of this litigation.

23 24

FILED APR 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. The Documents (and any data and/or information contained therein) may only be disclosed to the parties to this Confidentiality Stipulation and Protective Order, their principals, attorneys (and their firms) and expert consultants (and their firms). No entity to whom the Documents are disclosed pursuant to this Confidentiality Stipulation and Protective Order shall, either directly or indirectly, transfer or disclose any of the Documents to any other person or entity not a party to this Confidentiality Stipulation and Protective Order, except pursuant to an Order of this Court. No entity to whom the Documents are disclosed pursuant to this Confidentiality Stipulation and Protective Order may communicate any of the data and/or information contained in the Documents to any person or entity not a party to this Confidentiality Stipulation and Protective Order, except pursuant to an Order of this Court.

3. An "expert consultant" is a person who has been retained by a party (or that party's attorneys) to furnish technical or expert services with respect to the subject matter of this action. If any party wishes to disclose the Documents or any data and/or information contained therein to an expert consultant, that party may do so only after furnishing that expert consultant with a copy of this Stipulation of Confidentiality and Protective Order and securing from such expert consultant a written commitment to abide by the terms herein.

4. In the event that any party determines to file with, or submit to, the Court any of the Documents or the data and/or information contained therein, either separately, or as part of any pleading, motion, brief, memoranda, or other document, all such documents submitted to the Court shall be filed in sealed envelopes or otherwise appropriate sealed containers on which shall be endorsed the title of this action, and an indication of the nature and contents of such sealed envelope or other container, the words "CONFIDENTIAL-PROTECTIVE ORDER" or the like and a statement substantially in the following form:

THIS ENVELOPE CONTAINS A DEPOSITION TRANSCRIPT, DOCUMENTS OR INFORMATION WHICH HAS BEEN DESIGNATED AS CONFIDENTIAL AND IS NOT TO BE OPENED AND ITS CONTENTS ARE NOT TO BE DISCLOSED TO ANY PERSON OTHER THAN THE COURT OR ITS CLERKS EXCEPT BY ORDER OF THE COURT, OR UPON THE STIPULATION OF THE PARTIES.

Such documents shall be placed under seal by the Clerk, shall not be made a part of the public record herein, and shall be returned to the respective party promptly within at least than thirty (30) days upon completion of this litigation.

5. The parties shall refrain from referring to or eliciting testimony in open court to the Documents and/or the data and information contained therein without first discussing the disclosure with the Court.

**C. <u>NO WAIVER OF RIGHTS</u>**

1. Nothing in this Confidentiality Stipulation and Protective Order shall be construed as a waiver of the right of any party to object to the production of documents on the grounds of privilege, or on other grounds not related to the confidentiality of the documents being produced.

**D. <u>DESTRUCTION OF THE DOCUMENTS</u>**

1. Within sixty (60) days after the completion of this litigation, all parties shall destroy all copies of the Documents and all extracts and/or data taken from the Documents in their possession. At the time the documents are destroyed, all parties shall furnish to the other parties a certification that they have fully complied with this paragraph.

**E. <u>INFORMATION ACQUIRED INDEPENDENTLY</u>**

1. Nothing in this stipulation shall impose any restrictions on any party with respect to information, documents, materials and/or tangible items that any party may have in its possession at the time of the execution of this Stipulation of Confidentiality and Protective Order

or that a party may acquire independently of the production of Documents or Information pursuant to this Stipulation of Confidentiality and Protective Order.

**F. MODIFICATION**

1. This Confidentiality Stipulation and Protective Order may be modified on the written mutual consent of all parties. Absent such consent, this Confidentiality Stipulation and Protective Order may only be modified by the Court, upon application by one or more of the parties, for good cause shown. The party applying for such modification must provide at least 10 days written notice to the other parties prior to making such application, and shall have the burden of proving that the requested modification is necessary or in the interest of justice.

2. This Confidentiality Stipulation and Protective Order shall survive the termination of this legal action.

IT IS HEREBY STIPULATED AND AGREED.

MEAGHER & GEER, PLLP

Dated: April 11th, 2002

Kristine M. Boylan

Thomas E. Propson (231046)
Kristine M. Boylan (284634)
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-0661
***Attorneys for Defendants Southwest Windpower, Inc., David Calley and Andrew Kruse***

Dated: April 9, 2002

LINDQUIST & VENNUM, PLLP

Wallace G. Hilke (175857)
Jonathan C. Miesen (19752X)
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 371-3211
***Attorneys for Plaintiff Elliott Bayly***

955126.1

IT IS HEREBY ORDERED:

Dated: April 15, 2002

Raymond L. Erickson

Magistrate Judge Raymond L. Erickson

955126.1

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.

FORMS\PROTECOR.NOT
Rev. 8/10/01